GREENBERG TRAURIG, LLP
Willis M. Wagner (SBN 310900)
Sean A. Newland (SBN 300928)
Rocco Pallin (SBN 360385)
400 Capitol Mall, Suite 2400
Sacramento, California 95814
Telephone: 916.442.1111
Facsimile: 916.448.1709
will.wagner@gtlaw.com
sean.newland@gtlaw.com
rocco.pallin@gtlaw.com

*Attorneys for Defendant*
*REVLON CONSUMER PRODUCTS LLC*

TREEHOUSE LAW, LLP
Benjamin Heikali (SBN 307466)
Ruhandy Glezakos (SBN 307473)
Joshua Nassir (SBN 318344)
Katherine Phillips (SBN 353048)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Phone: 310.751.5948
bheikali@treehouselaw.com
rglezakos@treehouselaw.com
jnassir@treehouselaw.com
kphillips@treehouselaw.com

*Attorney for Plaintiff*
*ROBIN VICTORIA SAVAGE*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBIN VICTORIA SAVAGE, individually and on behalf of all others similarly situated

Plaintiff,

v.

REVLON CONSUMER PRODUCTS, LLC,

Defendant.

Case No. 8:25-cv-01672-FMO-KES

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Robin Victoria Savage ("Plaintiff") and Defendant Revlon Consumer Products LLC ("Defendant") hereby stipulate that Plaintiff's individual claims in this action shall be dismissed with prejudice and that the putative class action claims, if any, shall be dismissed without prejudice. Each Party is to bear its own attorneys' fees, expenses, and costs.

Dated: May 18, 2026

GREENBERG TRAURIG, LLP

By: *<u>/s/Willis M Wagner</u>*
Willis M. Wagner
Sean A. Newland
Rocco Pallin

Attorneys for Defendant
REVLON CONSUMER PRODUCTS, LLC

Dated: May 18, 2026

TREEHOUSE LAW, LLP

By: *<u>/s/ Benjamin Heikali</u>*
Benjamin Heikali
Ruhandy Glezakos
Joshua Nassir
Katherine Phillips

Attorneys for Plaintiff
ROBIN VICTORIA SAVAGE

*In compliance with L.R. 5-4.3.4(a)(2), the filer of this document attests under penalty of perjury that counsel for Defendant has concurred in the filing of this document.

/s/ *Benjamin Heikali*
Benjamin Heikali